**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| HENRY RILEY, | |
|     Plaintiff, | CIVIL ACTION NO.: 4:18-cv-258 |
| v. | |
| MACY'S INC., et al., | |
|     Defendant. | |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice filed on January 18, 2019, stating that the parties seek to dismiss all claims. (Doc. 10.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this action with prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA